No. 6300.—Rivera, aplte., *v.* Porto Rican & American Insurance Company, apldo.—C. D. Ponce. ▮▮▮▮▮▮▮▮ Marzo 21, 1933.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

Habiendo vencido en diciembre 16, 1932, la última prórroga concedida a la parte apelante para perfeccionar la apelación que interpusiera en este caso el 20 de julio de 1932, sin que dicha parte

haya practicado desde entonces gestión alguna; se declara con lugar la moción de la apelada vista sin asistencia de las partes el 20 de marzo actual, y en su consecuencia se desestima, por abandono, el recurso.